

**SO ORDERED.**

**SIGNED this 31 day of January, 2010.**

_____
**MARGARET CANGILOS-RUIZ
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
|  | **ORDER** |
| In Re: | Case No.: 09-32129-mcr |
|  | (Chapter 13) |
| ALLEN JOSEPH HEBERT |  |
| CAROLINE YVETTE HEBERT | Assigned to: |
|  | Hon. MARGARET M. |
| Debtors. | CANGILOS-RUIZ |
|  | Bankruptcy Judge |

_____

Bank of America, NA, Successor by Merger to Fleet National Bank, a secured creditor of Debtors, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay on the premises commonly known as 62 Woodcrest Avenue, Ithaca, NY 14850, of which the Debtors are the owners of record, and

The motion having come to be heard before this Court and no opposition having been filed, or, if filed, having been resolved or overruled, and due deliberation having been had, now

Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated December 17, 2009, and proof of service upon all necessary parties, upon motion of the Office of Steven J. Baum, P.C., it is hereby

ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is vacated as to the premises commonly known as 62 Woodcrest Avenue, Ithaca, NY 14850, permitting the Secured Creditor, its successors or assigns, and any affected party, to foreclose or otherwise pursue their mortgage remedies and rights; and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.

###