Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

Overnight Mail
220 Northpointe Parkway
Suite G
Amherst, NY 14228

**STEVEN J. BAUM, P.C.**
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600
Not for Service

Web Site
WWW.MBAUM.COM

May 10, 2011

Chambers, Hon. Margaret M. Cangilos-Ruiz
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:      Allen Joseph Hebert, Caroline Yvette Hebert
Case No.     09-32129-mcr

Dear Judge Cangilos-Ruiz:

    Please accept this letter as notice that the Debtors' Motion for Sanctions filed at No. 48 on docket has been settled via written stipulation, a copy of which will be submitted to court for review and approval.

    If you have any questions, please feel free to call.

Very truly yours,

STEVEN J. BAUM, P.C.

By:     Natalie A. Grigg, Esq.

cc:     Lee Matthew Van Houten, Esq.