# ADJOURNMENT REQUEST / WITHDRAWAL / SETTLEMENT NOTIFICATION
# FOR
# MOTION CALENDAR RELATED MATTERS

Case Name:  Allen Joseph Hebert and Caroline Yvette Hebert

Case Number: 09-32129 mcr

Adversary Number:

Moving Party Name:  Bank of America, NA

Requesting Attorney Name: Lisa Milas, Esq.
Law Firm Name:  Rosicki, Rosicki & Associates, PC
Law Firm Phone Number: 516-741-2585

Date of Hearing: June 12, 2012

☐ **Adjournment**

    Requested Adjourned Date:

    Reason for Adjournment:

☐ **Withdrawal**

    Reason for Withdrawal:

☑ **Settlement**

    Explain:  Stipulation of Settlement to follow.

Consent of all parties obtained:    ☑ Yes     ☐ No

cc:  Lee Matthew Van Houten, Esq.
     Mark W. Swimelar, Esq.

Date:  6/11/2012