0030-5S-EPIEXX-00290372-1354420

Case 09-32129-5-mcr    Doc 34    Filed 08/20/13    Entered 08/20/13 10:05:10    Desc
Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK
### SYRACUSE DIVISION

In re:  ALLEN JOSEPH HEBERT  
       CAROLINE YVETTE HEBERT  
       Debtor(s)

Case No.: 09-32129

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2009.
2) The plan was confirmed on 12/07/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 05/24/2013.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 04/22/2013.
6) Number of months from filing or conversion to last payment: 45.
7) Number of months case was pending: 49.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 67,298.00.
10) Amount of unsecured claims discharged without full payment: 441,254.93.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $28,072.40 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $28,072.40 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,009.51 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $5,009.51 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE | Secured | NA | 21,079.33 | 14.82 | 14.82 | .00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | NA | NA | NA | .00 | .00 |
| BAC HOME LOAN SERVICING LP | Secured | 73,180.00 | 74,221.07 | 74,221.07 | .00 | .00 |
| BANK OF AMERICA | Secured | 32,554.00 | 32,623.90 | 32,623.90 | .00 | .00 |
| BANK OF AMERICA | Secured | 16,174.00 | 16,234.83 | 16,234.83 | .00 | .00 |
| BANK OF AMERICA NA | Secured | 124,963.00 | 125,864.30 | 125,864.30 | .00 | .00 |
| CITIBANK | Unsecured | 56,589.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING LLC | Unsecured | 25,620.00 | 25,727.36 | 25,727.36 | 1,454.37 | .00 |
| FIA CARD SERVICES/BANK OF AMERIC | Unsecured | 19,244.00 | 19,328.69 | 19,328.69 | 1,092.65 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 50,552.00 | 50,755.92 | 50,755.92 | 2,869.23 | .00 |
| SUNRISE CREDIT SERVICES | Unsecured | NA | 10,878.46 | 10,878.46 | 614.96 | .00 |
| SUNRISE CREDIT SERVICES | Unsecured | NA | 23,023.34 | 23,023.34 | 1,301.51 | .00 |
| SUNRISE CREDIT SERVICES | Unsecured | NA | 23,518.42 | 23,518.42 | 1,329.50 | .00 |
| TOMPKINS COUNTY FINANCE | Secured | NA | 613.55 | .00 | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 4,374.75 | 4,374.75 | 247.30 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0030-5S-EPIEXX-00290372-1354420

Case 09-32129-5-mcr    Doc 34    Filed 09/20/13    Entered 09/20/13 10:05:10    Desc
Page 2 of 2

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re:  ALLEN JOSEPH HEBERT                                    Case No.: 09-32129
        CAROLINE YVETTE HEBERT
              Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPT OF EDUCATION | Unsecured | 223,151.00 | 188,766.83 | 188,766.83 | 10,670.99 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | 7,098.40 | 7,098.40 | 401.27 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | 13,957.24 | 13,957.24 | 789.00 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | 7,555.58 | 7,555.58 | 427.12 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | 32,729.01 | 32,729.01 | 1,850.17 | .00 |
| WENDY E TARLOW ESQ | Unsecured | 1,964.00 | 1,980.00 | .00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 16,234.83 | .00 | .00 |
| All Other Secured: | 232,724.09 | 14.82 | .00 |
| **TOTAL SECURED:** | 248,958.92 | 14.82 | .00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 407,714.00 | 23,048.07 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,009.51 |
| Disbursements to Creditors: | $23,062.89 |
| **TOTAL DISBURSEMENTS:** | $28,072.40 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/02/2013                By:  /s/Mark W. Swimelar
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.